NUMBER 13-01-443-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

_______________________________________________________________


RAY REICH TRUCKING COMPANY, INC. AND MACK A. SMITH , Appellants,
v.



JESUS A. LOPEZ, ET UX., Appellees.

________________________________________________________________


On appeal from the 148th District Court

of Nueces County, Texas.

________________________________________________________________

O P I N I O N

 

Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam

 

Appellants, Ray Reich Trucking Company, Inc. and Mack A. Smith, perfected an appeal from a judgment entered by the
148th District Court of Nueces County, Texas, in cause number 99-6598-E. After the record was filed, the parties filed a
joint motion to effectuate settlement. In the motion, the parties state that all matters in controversy between them have
been compromised and settled and that this case has become moot. The parties request that this Court dismiss the appeal
and vacate the judgment of the trial court without reference to the merits.

The Court, having considered the documents on file and the parties' joint motion to effectuate settlement, is of the opinion
that the motion should be granted. The parties' joint motion to effectuate settlement is granted. The appeal is hereby
DISMISSED, and the judgment of the trial court is VACATED in accordance with the parties' settlement agreement.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 7th day of March, 2002 .